UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: EXCEL STORAGE PRODUCTS, LP, | : | Chapter 11 |
| Debtor | : | Case No. 5-10-07862 |

| | | |
|---|---|---|
| In re: EXCEL STORAGE PRODUCTS, LP, | : | Chapter 7 |
| Debtor | : | Case No. 5-10-08141 |

## ORDER

It is hereby order and decreed that the Stipulation between the parties is hereby approved by the Court. Pursuant thereto it is further ordered:

1. In case 5-10-07862 Excel Storage Products, LP is adjudicated a bankrupt and the motion to convert to Chapter 7 shall be granted.
2. Both cases shall be substantially consolidated and all subsequent filings shall be filed to 5-10-07862.
3. Any Adversary Proceedings that have already been filed in Case No. 5-10-08141, including Adversary Case No. 5-10-00368, Ruth Blackburn, et al., vs. Excel Storage Products, LP, shall be transferred to the docket of Case No. 5-10-07862.
4. The Debtor shall be, for all purposes, considered as having filed a Chapter 7 case from September 27, 2010.
5. William G. Schwab, the appointed Trustee in Case No. 5-10-08141, shall continue to serve as Trustee under the cases now docketed to 5-10-07862.
6. A docket entry shall be made in each of the Debtor's cases substantially as follows:

> An order has been entered directing the substantive consolidation of the Chapter 7 cases of Excel Storage Products, LP, Case Number 5-10-bk-07862 and Case Number 5-10-bk-08141. The docket in Case Number 5-10-bk-07862 should be consulted for all matters affecting these cases.

By the Court,

*/s/ Robert N. Opel, II*
_____
Robert N. Opel, II, Bankruptcy Judge
(BI)

Date: October 12, 2010