IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| EXCEL STORAGE PRODUCTS, L.P. | : | Chapter 7 |
| | : | |
| Debtor. | : | Bankruptcy No.: 5-10-07862 |
| _____ | : | |
| | : | |
| UNITED STATES OF AMERICA | : | |
| (Federal Prison Industries, UNICOR) | : | |
| | : | |
| Movant | : | |
| V. | : | |
| | : | |
| EXCEL STORAGE PRODUCTS, L.P. | : | |

## **O R D E R**

Upon consideration of the motion of the United States of America, acting through the Federal Prison Industries, trade name UNICOR, the stay imposed by 11 U.S.C. §362 is hereby modified to terminate UNICOR Contract No. DJU4600002983 with the debtor.