IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : |
| EXCEL STORAGE PRODUCTS, L.P. | : Chapter 7 |
| | : |
| Debtor. | : Bankruptcy No.: 5-10-07862 |
| _____ | : |
| | : |
| UNITED STATES OF AMERICA | : |
| (Federal Prison Industries, UNICOR) | : |
| | : |
| Movant | : |
| V. | : |
| | : |
| EXCEL STORAGE PRODUCTS, L.P. | : |

**CERTIFICATE OF CONCURRENCE/NONCONCURRENCE**

Counsel certifies that he has contacted Debtors' counsel, Gregory W. Hauswirth, Esquire, and William G. Schwab, United States Trustee for the filing of the Motion to Lift Stay to Terminate Contract. Attorney Hauswirth could not be reached for concurrence, non concurrence is assumed. U.S. Trustee does not concur.

Respectfully submitted,

PETER J. SMITH
UNITED STATES ATTORNEY

/s/ D. Brian Simpson
D. BRIAN SIMPSON
Assistant U.S. Attorney
Atty. I.D. #OH 0071431
P.O. Box 309
Scranton, PA 18501
Phone (717) 221-4482
Fax: (717) 221-2246
E-Mail: D.Brian.Simpson@usdoj.gov