# SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS
*OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24 & 30*

| | |
|---|---|
| 1. REQUISITION NUMBER | PAGE 1 OF    41 |

| 2. CONTRACT NO. DJU4600002983 | 3. AWARD/EFFECTIVE DATE 09/27/2007 | 4. ORDER NUMBER | 5. SOLICITATION NUMBER 60001C7655 | 6. SOLICITATION ISSUE DATE 05/08/2007 |
|---|---|---|---|---|

7. FOR SOLICITATION INFORMATION CALL:

a. NAME    Joscie L. Barnes

b. TELEPHONE NUMBER *(No collect calls)*    202-305-7268

8. OFFER DUE DTE/LOCAL TIME

9. ISSUED BY    CODE

UNICOR, FPI Central Office
320 First Street NW
Washington, DC 20534

10. THIS ACQUISITION IS
- [X] UNRESTRICTED
- [ ] SET ASIDES % FOR
- [ ] SMALL BUSINESS
- [ ] SMALL DISADV. BUSINESS
- [ ] 8(A)

SIC: 3441

11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED
- [ ] SEE SCHEDULE

12. DISCOUNT TERMS 1%/10, Net 30

13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700)

13b. RATING

14. METHOD OF SOLICITATION
- [ ] RFQ
- [ ] IFB
- [X] RFP

15. DELIVER TO    CODE

UNICOR Federal Prison Industries
HWY 66 West
EL RENO, OK 73036-1000
USA

16. ADMINISTERED BY    CODE

UNICOR, FPI Central Office
320 First Street NW
Washington, DC 20534

17a. CONTRACTOR/OFFEROR   CODE 53249462   FACILITY CODE

Lodi Metal Tech Inc
213 Kelly St
Lodi, CA 95240
TELEPHONE NO. 2093342500

18a. PAYMENT WILL BE MADE BY    CODE

UNICOR FPI Central Acct Payable
P. O. Box 4000
BUTNER, NC 27509-4000 (1-800-827-3168),
USA

17b. [ ] CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED [ ] SEE ADDENDUM

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | *See Section B* | | | | |

25. ACCOUNTING AND APPROPRIATION DATA

UNICOR Funds 15X4500. Funds shall be obligated by individual delivery orders and not by the contract itself.

- [ ] 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4, FAR 52.212-3 AND 52.212-5 ARE ATTACHED. ADDENDA [ ] ARE [ ] ARE NOT ATTACHED
- [X] 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED. ADDENDA [X] ARE [ ] ARE NOT ATTACHED

26. TOTAL AWARD AMOUNT *(For Govt. Use Only)* $3,000,000.00

28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN _1_ COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED HEREIN. [X]

29. AWARD OF CONTRACT: REFERENCE _____ OFFER DATED _____. YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, ACCEPTED AS TO ITEMS: [X]

| 30a. SIGNATURE OF OFFEROR/CONTRACTOR | 31a. UNITED STATES OF AMERICA *(SIGNATURE OF CONTRACTING OFFICER)* /S/ Joscie L. Barnes |
|---|---|
| 30b. NAME AND TITLE OF SIGNER *(TYPE OR PRINT)* Paul R. Minich   GOV'T SEC. MGR   30c. DATE SIGNED 28 SEPT 07 | 31b. NAME OF CONTRACTING OFFICER *(TYPE OR PRINT)* Joscie L. Barnes 202-305-7268   31c. DATE SIGNED 9/28/07 |

| 32a. QUANTITY IN COLUMN 21 HAS BEEN | | | 33. SHIP NUMBER | 34. VOUCHER NUMBER | 35. AMOUNT VERIFIED CORRECT FOR |
|---|---|---|---|---|---|
| [ ] RECEIVED [ ] INSPECTED [ ] ACCEPTED, AND CONFORMS TO THE CONTRACT EXCEPT AS NOTED | | | [ ] PARTIAL [ ] FINAL | | |

36. PAYMENT [ ] COMPLETE [ ] PARTIAL [ ] FINAL    37. CHECK NUMBER

| 32b. SIGNATURE OF AUTHORIZED GOVT. REPRESENTATIVE | 32c. DATE | 38. S/R ACCOUNT NUMBER | 39. S/R VOUCHER NUMBER | 40. PAID BY |
|---|---|---|---|---|

42a. RECEIVED BY *(Print)*

41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT

42b. RECEIVED AT *(Location)*

| 41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | 41c. DATE | 42c. DATE REC'D *(YY/MM/DD)* | 42d. TOTAL CONTAINERS |
|---|---|---|---|

AUTHORIZED FOR LOCAL REPRODUCTION

**STANDARD FORM 1449** (10-95)
Prescribed by GSA - FAR (48 CFR) 53.212

# SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS

*OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24 & 30*

| | | | |
|---|---|---|---|
| 1. REQUISITION NUMBER | | PAGE 1 OF | 41 |

| CONTRACT NO. DJU4600002983 | 3. AWARD/EFFECTIVE DATE 09/27/2007 | 4. ORDER NUMBER | 5. SOLICITATION NUMBER 6000107655 | 6. SOLICITATION ISSUE DATE 05/08/2007 |
|---|---|---|---|---|

**7. FOR SOLICITATION INFORMATION CALL:**

a. NAME — Joscie L. Barnes

b. TELEPHONE NUMBER *(No collect calls)* — 202-305-7268

8. OFFER DUE DT/LOCAL TIME

**9. ISSUED BY** CODE

UNICOR, FPI Central Office
320 First Street NW
Washington, DC 20534

**10. THIS AQUISITION IS**

[X] UNRESTRICTED

[ ] SET ASIDE % FOR

[ ] SMALL BUSINESS

[ ] SMALL DISADV. BUSINESS

[ ] 8(A)

SIC: 3441

**11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED**

[ ] SEE SCHEDULE

13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700)

13b. RATING

**12. DISCOUNT TERMS**

1%/10, Net 30

**14. METHOD OF SOLICITATION**

[ ] RFQ  [ ] IFB  [X] RFP

**15. DELIVER TO** CODE

UNICOR Federal Prison Industries
HWY 66 West
EL RENO, OK 73036-1000
USA

**16. ADMINISTERED BY** CODE

UNICOR, FPI Central Office
320 First Street NW
Washington, DC 20534

**17a. CONTRACTOR/OFFEROR** CODE 53249462 FACILITY CODE

Lodi Metal Tech Inc
213 Kelly St
Lodi, CA 95240

TELEPHONE NO. 2093342500 TIN:

**18a. PAYMENT WILL BE MADE BY** CODE

UNICOR FPI Central Acct Payable
P. O. Box 4000
BUTNER, NC 27509-4000 (1-800-827-3168),
USA

[ ] 17b. CHECK IF REMITANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED [ ] SEE ADDENDUM

| 19. ITEM NO | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | *See Section B* | | | | |

**25. ACCOUNTING AND APPROPRIATION DATA**

UNICOR Funds 15X4500. Funds shall be obligated by individual delivery orders and not by the contract itself.

**26. TOTAL AWARD AMOUNT** *(For Govt. Use Only)*

$3,000,000.00

[ ] 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4, FAR 52.212-3 AND 52.212-5 ARE ATTACHED. ADDENDA [ ] ARE [ ] ARE NOT ATTACHED

[X] 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED. ADDENDA [X] ARE [ ] ARE NOT ATTACHED

**28.** [X] CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN _1_ COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED HEREIN.

**29.** AWARD OF CONTRACT: REFERENCE _____ OFFER DATED _____. YOUR OFFER ON SOLICITATION (BLOCK 5), [X] INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, ACCEPTED AS TO ITEMS:

**30a. SIGNATURE OF OFFEROR/CONTRACTOR**

**31a. UNITED STATES OF AMERICA** *(SIGNATURE OF CONTRACTING OFFICER)*

/S/ Joscie L. Barnes

| 30b. NAME AND TITLE OF SIGNER *(TYPE OR PRINT)* | 30c. DATE SIGNED | 31b. NAME OF CONTRACTING OFFICER *(TYPE OR PRINT)* Joscie L. Barnes 202-305-7268 | 31c. DATE SIGNED 10/12/2007 |
|---|---|---|---|

**32a. QUANTITY IN COLUMN 21 HAS BEEN**

[ ] RECEIVED [ ] INSPECTED [ ] ACCEPTED, AND CONFORMS TO THE CONTRACT EXCEPT AS NOTED

**32b. SIGNATURE OF AUTHORIZED GOVT. REPRESENTATIVE**

32c. DATE

**33. SHIP NUMBER**

PARTIAL | FINAL

**34. VOUCHER NUMBER**

**35. AMOUNT VERIFIED CORRECT FOR**

**36. PAYMENT**

[ ] COMPLETE [ ] PARTIAL [ ] FINAL

**37. CHECK NUMBER**

38. S/R ACCOUNT NUMBER | 39. S/R VOUCHER NUMBER | 40. PAID BY

**41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT**

41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | 41c. DATE

42a. RECEIVED BY *(Print)*

42b. RECEIVED AT *(Location)*

42c. DATE REC'D *(YY/MM/DD)* | 42d. TOTAL CONTAINERS

**STANDARD FORM 1449** (10-95)

Prescribed by GSA - FAR (48 CFR) 53.212

AUTHORIZED FOR LOCAL REPRODUCTION

**EXHIBIT 1**

**Contract**

Terms of delivery: DST
Target value        3,000,000.00 USD

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
REQUIREMENTS CONTRACT
FIVE YEARS WITH NO OPTIONS
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
ALL QUANTITIES ARE ESTIMATES ONLY
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*


We require an order acknowledgment for the following items

### SECTION B
### SUPPLIES OR SERVICES AND PRICES/COSTS

| Item No. | SUPPLIES OR SERVICES | Quantity | U/M | UNIT PRICE | AMOUNT IN US$ | PR Number |
|---|---|---|---|---|---|---|
| 00001 | CTLUPD1224SSP | 500 | each | 660.00000 | 330,000.00 | |

CANT-UPRT,SEISMIC,60,000,DBL,12FT,24"*
CANT-UPRT,SEISMIC,60,000,DBL,12FT,24"*
SPECIAL-COLOR
         CANT-UPRT,SEISMIC,60,000,DBL,12FT,24"*
         SEISMIC ZONE 4

| | | | | | | |
|---|---|---|---|---|---|---|
| 00002 | CTLUPD1236SSP | 500 | each | 593.00000 | 296,500.00 | |

CANT-UPRT,SEISMIC,40,000,DBL,12FT,36"*
CANT-UPRT,SEISMIC,40,000,DBL,12FT,36"*
SPECIAL-COLOR
         CANT-UPRT,SEISMIC,40,000,DBL,12FT,36"*
         SEISMIC ZONE 4

| | | | | | | |
|---|---|---|---|---|---|---|
| 00003 | CTLUPD1248SSP | 500 | each | 564.00000 | 282,000.00 | |

CANT-UPRT,SEISMIC,30,000,DBL,12FT,48"*
CANT-UPRT,SEISMIC,30,000,DBL,12FT,48"*
SPECIAL-COLOR
         CANT-UPRT,SEISMIC,30,000,DBL,12FT,48"*
         SEISMIC ZONE 4

| | | | | | | |
|---|---|---|---|---|---|---|
| 00004 | CTLUPD1424SSP | 500 | each | 692.00000 | 346,000.00 | |

CANT-UPRT,SEISMIC,60,000,DBL,14FT,24"*
CANT-UPRT,SEISMIC,60,000,DBL,14FT,24"*
SPECIAL-COLOR
         CANT-UPRT,SEISMIC,60,000,DBL,14FT,24"*
         SEISMIC ZONE 4

| | | | | | | |
|---|---|---|---|---|---|---|
| 00005 | CTLUPD1436SSP | 500 | each | 661.00000 | 330,500.00 | |

CANT-UPRT,SEISMIC,40,000,DBL,14FT,36"*
CANT-UPRT,SEISMIC,40,000,DBL,14FT,36"*
SPECIAL-COLOR
         CANT-UPRT,SEISMIC,40,000,DBL,14FT,36"*
         SEISMIC ZONE 4

**EXHIBIT 1**
Case 5:10-bk-07862-RNO    Doc 90-3    Filed 10/27/10    Entered 10/27/10 15:19:18    Desc
Exhibit 1 Part 1    Page 3 of 21

**Contract**

# SUPPLIES OR SERVICES AND PRICES/COSTS

| Item No. | SUPPLIES OR SERVICES | Quantity | U/M | UNIT PRICE | AMOUNT IN US$ | PR Number |
|---|---|---|---|---|---|---|
| 00006 | CTLUPD1448SSP | 500 | each | 634.00000 | 317,000.00 | |

CANT-UPRT,SEISMIC,30,000,DBL,14FT,48"*
CANT-UPRT,SEISMIC,30,000,DBL,14FT,48"*
SPECIAL-COLOR
      CANT-UPRT,SEISMIC,30,000,DBL,14FT,48"*
        SEISMIC ZONE 4

| 00007 | CTLUPD1624SSP | 500 | each | 702.00000 | 351,000.00 | |

CANT-UPRT,SEISMIC,60,000,DBL,16FT,24"*
CANT-UPRT,SEISMIC,60,000,DBL,16FT,24"*
SPECIAL-COLOR
      CANT-UPRT,SEISMIC,60,000,DBL,16FT,24"*
        SEISMIC ZONE 4

| 00008 | CTLUPD1636SSP | 500 | each | 695.00000 | 347,500.00 | |

CANT-UPRT,SEISMIC,40,000,DBL,14FT,36"*
CANT-UPRT,SEISMIC,40,000,DBL,16FT,36"*
SPECIAL-COLOR
      CANT-UPRT,SEISMIC,40,000,DBL,14FT,36"*
        SEISMIC ZONE 4

| 00009 | CTLUPD1648SSP | 500 | each | 677.00000 | 338,500.00 | |

CANT-UPRT,SEISMIC,30,000,DBL,16FT,48"*
CANT-UPRT,SEISMIC,30,000,DBL,16FT,48"*
SPECIAL-COLOR
      CANT-UPRT,SEISMIC,30,000,DBL,16FT,48"*
        SEISMIC ZONE 4

| 00010 | CTLUPD1824SSP | 500 | each | 713.00000 | 356,500.00 | |

CANT-UPRT,SEISMIC,60,000,DBL,18FT,24"*
CANT-UPRT,SEISMIC,60,000,DBL,18FT,24"*
SPECIAL-COLOR
      CANT-UPRT,SEISMIC,60,000,DBL,18FT,24"*
        SEISMIC ZONE 4

| 00011 | CTLUPD1836SSP | 500 | each | 698.00000 | 349,000.00 | |

CANT-UPRT,SEISMIC,40,000,DBL,18FT,36"*
CANT-UPRT,SEISMIC,40,000,DBL,18FT,36"*
SPECIAL-COLOR
      CANT-UPRT,SEISMIC,40,000,DBL,18FT,36"*
        SEISMIC ZONE 4

| 00012 | CTLUPD1848SSP | 500 | each | 754.00000 | 377,000.00 | |

CANT-UPRT,SEISMIC,30,000,DBL,18FT,48"*
CANT-UPRT,STD,30,000,DBL,18FT,48"*
SPECIAL-COLOR
      CANT-UPRT,SEISMIC,30,000,DBL,18FT,48"*
        SEISMIC ZONE 4

| 00013 | CTLUPS1224SSP | 500 | each | 421.00000 | 210,500.00 | |

CANT-UPRT,SEISMIC,28,000,SGL,12FT,24"*
CANT-UPRT,SEISMIC,28,000,SGL,12FT,24"*
SPECIAL-COLOR
      CANT-UPRT,SEISMIC,28,000,SGL,12FT,24"*

---

**EXHIBIT 1**
Case 5:10-bk-07862-RNO   Doc 90-3   Filed 10/27/10   Entered 10/27/10 15:19:18   Desc
Exhibit 1 Part 1   Page 4 of 21

## SECTION B
### SUPPLIES OR SERVICES AND PRICES/COSTS

| Item No. | SUPPLIES OR SERVICES | Quantity | U/M | UNIT PRICE | AMOUNT IN US$ | PR Number |
|----------|---------------------|----------|-----|------------|---------------|-----------|
| | SEISMIC ZONE 4 | | | | | |
| 00014 | CTLUPS1236SSP | 500 | each | 452.00000 | 226,000.00 | |
| | CANT-UPRT,SEISMIC,18,000,SGL,12FT,36"* | | | | | |
| | CANT-UPRT,SEISMIC,18,000,SGL,12FT,36"* | | | | | |
| | SPECIAL-COLOR | | | | | |
| | CANT-UPRT,SEISMIC,18,000,SGL,12FT,36"* | | | | | |
| | SEISMIC ZONE 4 | | | | | |
| 00015 | CTLUPS1248SSP | 500 | each | 491.00000 | 245,500.00 | |
| | CANT-UPRT,SEISMIC,14,000,SGL,12FT,48"* | | | | | |
| | CANT-UPRT,SEISMIC,14,000,SGL,12FT,48"* | | | | | |
| | SPECIAL-COLOR | | | | | |
| | CANT-UPRT,SEISMIC,14,000,SGL,12FT,48"* | | | | | |
| | SEISMIC ZONE 4 | | | | | |
| 00016 | CTLUPS1424SP | 500 | each | 465.00000 | 232,500.00 | |
| | CANT-UPRT,SEISMIC,28,000,SGL,14FT,24"* | | | | | |
| | CANT-UPRT,STD,28,000,SGL,14FT,24",ARMS* | | | | | |
| | SPECIAL-COLOR | | | | | |
| | CANT-UPRT,SEISMIC,28,000,SGL,14FT,24"* | | | | | |
| | SEISMIC ZONE 4 | | | | | |
| 00017 | CTLUPS1436SSP | 500 | each | 481.00000 | 240,500.00 | |
| | CANT-UPRT,SEISMIC,18,000,SGL,14FT,36"* | | | | | |
| | CANT-UPRT,SEISMIC,18,000,SGL,14FT,36"* | | | | | |
| | SPECIAL-COLOR | | | | | |
| | CANT-UPRT,SEISMIC,18,000,SGL,14FT,36"* | | | | | |
| | SEISMIC ZONE 4 | | | | | |
| 00018 | CTLUPS1448SSP | 500 | each | 502.00000 | 251,000.00 | |
| | CANT-UPRT,SEISMIC,14,000,SGL,14FT,48"* | | | | | |
| | CANT-UPRT,SEISMIC,14,000,SGL,12FT,48"* | | | | | |
| | SPECIAL-COLOR | | | | | |
| | CANT-UPRT,SEISMIC,14,000,SGL,14FT,48"* | | | | | |
| | SEISMIC ZONE 4 | | | | | |
| 00019 | CTLUPS1624SP | 500 | each | 521.00000 | 260,500.00 | |
| | CANT-UPRT,SEISMIC,28,000,SGL,16FT,24"* | | | | | |
| | CANT-UPRT,SEISMIC,28,000,SGL,16FT,24"* | | | | | |
| | SPECIAL-COLOR | | | | | |
| | CANT-UPRT,SEISMIC,28,000,SGL,16FT,24"* | | | | | |
| | SEISMIC ZONE 4 | | | | | |
| 00020 | CTLUPS1636SSP | 500 | each | 542.00000 | 271,000.00 | |
| | CANT-UPRT,SEISMIC,18,000,SGL,16FT,36"* | | | | | |
| | CANT-UPRT,SEISMIC,18,000,SGL,14FT,36"* | | | | | |
| | SPECIAL-COLOR | | | | | |
| | CANT-UPRT,SEISMIC,18,000,SGL,16FT,36"* | | | | | |
| | SEISMIC ZONE 4 | | | | | |

EXHIBIT 1

Case 5:10-bk-07862-RNO    Doc 90-3    Filed 10/27/10    Entered 10/27/10 15:19:18    Desc
Exhibit 1 Part 1    Page 5 of 21

**Contract**

## SECTION B
## SUPPLIES OR SERVICES AND PRICES/COSTS

| Item No. | SUPPLIES OR SERVICES | Quantity | U/M | UNIT PRICE | AMOUNT IN US$ | PR Number |
|---|---|---|---|---|---|---|
| 00021 | CTLUPS1648SSP | 500 | each | 563.00000 | 281,500.00 | |

CANT-UPRT,SEISMIC,14,000,SGL,16FT,48""
CANT-UPRT,SEISMIC,14,000,SGL,16FT,48""
SPECIAL-COLOR
    CANT-UPRT,SEISMIC,14,000,SGL,16FT,48""
    SEISMIC ZONE 4

| 00022 | CTLUPS1824SSP | 500 | each | 645.00000 | 322,500.00 | |

CANT-UPRT,SEISMIC,28,000,SGL,18FT,24""
CANT-UPRT,SEISMIC,28,000,SGL,18FT,24""
SPECIAL-COLOR
    CANT-UPRT,SEISMIC,28,000,SGL,18FT,24""
    SEISMIC ZONE 4

| 00023 | CTLUPS1836SSP | 500 | each | 665.00000 | 332,500.00 | |

CANT-UPRT,SEISMIC,18,000,SGL,18FT,36""
CANT-UPRT,SEISMIC,18,000,SGL,18FT,36""
SPECIAL-COLOR
    CANT-UPRT,SEISMIC,18,000,SGL,18FT,36""
    SEISMIC ZONE 4

| 00024 | CTLUPS1848SSP | 500 | each | 676.00000 | 338,000.00 | |

CANT-UPRT,SEISMIC,14,000,SGL,18FT,48""
CANT-UPRT,SEISMIC,14,000,SGL,18FT,48""
SPECIAL-COLOR
    CANT-UPRT,SEISMIC,14,000,SGL,18FT,48""
    SEISMIC ZONE 4

| 00025 | CTLHRZBRC48SP | 500 | each | 17.50000 | 8,750.00 | |

HORIZONTAL-BRACE,CANTILEVER-UPRIGHT,48""
HORIZONAL-BRACE,CANTILEVER-UPRIGHT,48""
SPECIAL-COLOR
    HORIZONTAL-BRACE,CANTILEVER-UPRIGHT,48""
    SEISMIC ZONE 4

| 00026 | CTLHRZBRC60SP | 500 | each | 19.30000 | 9,650.00 | |

HORIZONTAL-BRACE,CANTILEVER-UPRIGHT,60""
HORIZONAL-BRACE,CANTILEVER-UPRIGHT,60""
SPECIAL-COLOR
    HORIZONTAL-BRACE,CANTILEVER-UPRIGHT,60""
    SEISMIC ZONE 4

| 00027 | CTLHRZBRC72SP | 500 | each | 21.20000 | 10,600.00 | |

HORIZONTAL-BRACE,CANTILEVER-UPRIGHT,72""
HORIZONAL-BRACE,CANTILEVER-UPRIGHT,72""
SPECIAL-COLOR
    HORIZONTAL-BRACE,CANTILEVER-UPRIGHT,72""
    SEISMIC ZONE 4

| 00028 | CTLARMHDS24SP | 500 | each | 26.20000 | 13,100.00 | |

CANT-ARM,STD,H/D,STRUCTURAL,24""
CANT-ARM,STD,H/D,STRUCTURAL,24""
SPECIAL-COLOR
    CANT-ARM,STD,H/D,STRUCTURAL,24""

**EXHIBIT 1**

Case 5:10-bk-07862-RNO    Doc 90-3    Filed 10/27/10    Entered 10/27/10 15:19:18    Desc
Exhibit 1 Part 1    Page 6 of 21

## SECTION B
### SUPPLIES OR SERVICES AND PRICES/COSTS

| Item No. | SUPPLIES OR SERVICES | Quantity | U/M | UNIT PRICE | AMOUNT IN US$ | PR Number |
|---|---|---|---|---|---|---|
| | SEISMIC ZONE 4 | | | | | |
| 00029 | CTLARMHDS36SP | 500 | each | 28.30000 | 14,150.00 | |

CANT-ARM,STD,H/D,STRUCTURAL,36"
CANT-ARM,STD,H/D,STRUCTURAL,36"*
SPECIAL-COLOR
      CANT-ARM,STD,H/D,STRUCTURAL,36"

| | SEISMIC ZONE 4 | | | | | |
| 00030 | CTLARMHDS48SP | 500 | each | 35.50000 | 17,750.00 | |

CANT-ARM,STD,H/D,STRUCTURAL,48"*
CANT-ARM,STD,H/D,STRUCTURAL,48"*
SPECIAL-COLOR
      CANT-ARM,STD,H/D,STRUCTURAL,48"*

| | SEISMIC ZONE 4 | | | | | |
| 00031 | CTLARMHDS60SP | 500 | each | 39.20000 | 19,600.00 | |

CANT-ARM,STD,H/D,STRUCTURAL,60"*
CANT-ARM,STD,H/D,STRUCTURAL,60"*
SPECIAL-COLOR
      CANT-ARM,STD,H/D,STRUCTURAL,60"*

| | SEISMIC ZONE 4 | | | | | |
| 00032 | CTLARMLDS24SP | 500 | each | 17.90000 | 8,950.00 | |

CANT-ARM,STD,L/D,STRUCTURAL,24"*
CANT-ARM,STD,L/D,STRUCTURAL,24"*
SPECIAL-COLOR
      CANT-ARM,STD,L/D,STRUCTURAL,24"*

| | SEISMIC ZONE 4 | | | | | |
| 00033 | CTLARMLDS36SP | 500 | each | 22.40000 | 11,200.00 | |

CANT-ARM,STD,L/D,STRUCTURAL,36"*
CANT-ARM,STD,L/D,STRUCTURAL,36"*
SPECIAL-COLOR
      CANT-ARM,STD,L/D,STRUCTURAL,36"*

| | SEISMIC ZONE 4 | | | | | |
| 00034 | CTLARMLDS48SP | 500 | each | 28.20000 | 14,100.00 | |

CANT-ARM,STD,L/D,STRUCTURAL,48"*
CANT-ARM,STD,L/D,STRUCTURAL,48"*
SPECIAL-COLOR
      CANT-ARM,STD,L/D,STRUCTURAL,48"*

| | SEISMIC ZONE 4 | | | | | |
| 00035 | PRKCB36SP | 5,000 | each | 5.15000 | 25,750.00 | |

CROSSBAR,H/DUTY,FLANGED,12GA,36"L,*
CROSSBAR,H/DUTY,FLANGED,12GA,36"L,*
SPECIAL-COLOR
      CROSSBAR,H/DUTY,FLANGED,12GA,36"L,*

| 00036 | PRKCB40SP | 5,000 | each | 5.70000 | 28,500.00 | |

CROSSBAR,H/DUTY,FLANGED,12GA,40",*
CROSSBAR,H/DUTY,FLANGED,12GA,40"L,*
SPECIAL-COLOR
      CROSSBAR,H/DUTY,FLANGED,12GA,40",*

**EXHIBIT 1**

Case 5:10-bk-07862-RNO    Doc 90-3    Filed 10/27/10    Entered 10/27/10 15:19:18    Desc
Exhibit 1 Part 1    Page 7 of 21

## SECTION B
## SUPPLIES OR SERVICES AND PRICES/COSTS

| Item No. | SUPPLIES OR SERVICES | Quantity | U/M | UNIT PRICE | AMOUNT IN US$ | PR Number |
|----------|---------------------|----------|-----|-----------|---------------|-----------|
| 00037 | PRKCB42SP | 5,000 | each | 6.05000 | 30,250.00 | |

CROSSBAR,H/DUTY,FLANGED,12GA,42"L*
CROSSBAR,H/DUTY,FLANGED,12GA,42"L*
SPECIAL-SPECIAL
     CROSSBAR,H/DUTY,FLANGED,12GA,42"L*

| 00038 | PRKCB48SP | 5,000 | each | 6.35000 | 31,750.00 | |

CROSSBAR,H/DUTY,FLANGED,12GA,48"L,*
CROSSBAR,H/DUTY,FLANGED,12GA,48"L*
SPECIAL-COLOR
     CROSSBAR,H/DUTY,FLANGED,12GA,48"L,*

| 00039 | PRKROWSPC4SP | 1,000 | each | 3.70000 | 3,700.00 | |

SPACER,ROW,RIGID,12GA,4"L*
SPACER,ROW,RIGID,12GA,4"L*
SPECIAL-COLOR
     SPACER,ROW,RIGID,12GA,4"L*

| 00040 | PRKROWSPC6SP | 1,000 | each | 3.95000 | 3,950.00 | |

SPACER,ROW,RIGID,12GA,6"L*
SPACER,ROW,RIGID,12GA,6"L*
SPECIAL-COLOR
     SPACER,ROW,RIGID,12GA,6"L*

| 00041 | PRKROWSPC8SP | 1,000 | each | 4.10000 | 4,100.00 | |

SPACER,ROW,RIGID,12GA,8"L*
SPACER,ROW,RIGID,12GA,8"L*
SPECIAL-COLOR
     SPACER,ROW,RIGID,12GA,8"L*

| 00042 | PRKROWSPC12SP | 1,000 | each | 4.50000 | 4,500.00 | |

SPACER,ROW,RIGID,12GA,12"L*
SPACER,ROW,RIGID,12GA,12"L*
SPECIAL-COLOR
     SPACER,ROW,RIGID,12GA,12"L*

| 00043 | PRKROWSPC16SP | 1,000 | each | 4.60000 | 4,600.00 | |

SPACER,ROW,RIGID,12GA,16"L*
SPACER,ROW,RIGID,12GA,16"L*
SPECIAL-COLOR
     SPACER,ROW,RIGID,12GA,16"L*

| 00044 | PRKROWSPC18SP | 1,000 | each | 6.46000 | 6,460.00 | |

SPACER,ROW,RIGID,12GA,18"L*
SPACER,ROW,RIGID,12GA,18"L*
SPECIAL-COLOR
     SPACER,ROW,RIGID,12GA,18"L*

| 00045 | PRKROWSPC20SP | 1,000 | each | 8.35000 | 8,350.00 | |

SPACER,ROW,RIGID,12GA,20"L*
SPACER,ROW,RIGID,12GA,20"L*
SPECIAL-COLOR
     SPACER,ROW,RIGID,12GA,20"L*

**EXHIBIT 1**

Case 5:10-bk-07862-RNO    Doc 90-3    Filed 10/27/10    Entered 10/27/10 15:19:18    Desc
Exhibit 1 Part 1    Page 8 of 21

## SECTION B
## SUPPLIES OR SERVICES AND PRICES/COSTS

| Item No. SUPPLIES OR SERVICES | Quantity | U/M | UNIT PRICE | AMOUNT IN US$ | PR Number |
|---|---|---|---|---|---|
| 00046    PRKROWSPC24SP | 1,000 | each | 9.10000 | 9,100.00 | |

SPACER,ROW,RIGID,12GA,24"L*
SPACER,ROW,RIGID,12GA,24"L*
SPECIAL-COLOR
      SPACER,ROW,RIGID,12GA,24"L*

| 00047    PRKROWSPC36SP | 1,000 | each | 12.50000 | 12,500.00 | |
|---|---|---|---|---|---|

SPACER,ROW,RIGID,12GA,36"L*
SPACER,ROW,RIGID,12GA,36"L*
SPECIAL-COLOR
      SPACER,ROW,RIGID,12GA,36"L*

| 00048    PRKUP12836SR | 500 | each | 52.00000 | 26,000.00 | |
|---|---|---|---|---|---|

FRAME,UPRIGHT,12GA,8'HX36"D,SEISM-RATE*
FRAME,UPRIGHT,12GA,8'HX36"D,SEISM-RATE*
CONTRACT PURCHASED ITEM SEISMIC
RATED PALLET RACK UPRIGHT
MATERIAL: 12 GA.
    SIZE: HEIGHT: 8'
         DEPTH: 36"
         FRAME,UPRIGHT,12GA,8'HX36"D,SEISM-RATE*
         Zone 4

| 00049    PRKUP12840SR | 500 | each | 55.00000 | 27,500.00 | |
|---|---|---|---|---|---|

FRAME,UPRIGHT,12GA,8'HX40"D,SEISM-RATE*
FRAME,UPRIGHT,12GA,8'HX40"D,SEISM-RATE
CONTRACT PURCHASED ITEM SEISMIC
RATED PALLET RACK UPRIGHT
MATERIAL: 12 GA.
    SIZE: HEIGHT: 8'
         DEPTH: 40"
         FRAME,UPRIGHT,12GA,8'HX40"D,SEISM-RATE*
         Zone 4

| 00050    PRKUP12842SR | 500 | each | 58.00000 | 29,000.00 | |
|---|---|---|---|---|---|

FRAME,UPRIGHT,12GA,8'HX42"D,SEISM-RATE*
FRAME,UPRIGHT,12GA,8'HX42"D,SEISM-RATE
CONTRACT PURCHASED ITEM SEISMIC
RATED PALLET RACK UPRIGHT
MATERIAL: 12 GA.
    SIZE: HEIGHT: 8'
         DEPTH: 42"
         FRAME,UPRIGHT,12GA,8'HX42"D,SEISM-RATE*
         Zone 4

EXHIBIT 1

Case 5:10-bk-07862-RNO    Doc 90-3    Filed 10/27/10    Entered 10/27/10 15:19:18    Desc
Exhibit 1 Part 1    Page 9 of 21

## SECTION B
### SUPPLIES OR SERVICES AND PRICES/COSTS

| Item No. | SUPPLIES OR SERVICES | Quantity | U/M | UNIT PRICE | AMOUNT IN US$ | PR Number |
|----------|----------------------|----------|-----|-----------|---------------|-----------|
| 00051 | PRKUP12848SR | 500 | each | 61.00000 | 30,500.00 | |

FRAME,UPRIGHT,12GA,8'HX48"D,SEISM-RATE*
FRAME,UPRIGHT,12GA,8'HX48"D,SEISM-RATE
CONTRACT PURCHASED ITEM SEISMIC
RATED PALLET RACK UPRIGHT
MATERIAL: 12 GA.
    SIZE: HEIGHT: 8'
        DEPTH: 48"
          FRAME,UPRIGHT,12GA,8'HX48"D,SEISM-RATE*
          Zone 4

| 00052 | PRKUP121036SR | 500 | each | 64.00000 | 32,000.00 | |

FRAME,UPRIGHT,12GA,10'HX36"D,SEISM-RATE*
FRAME,UPRIGHT,12GA,10'HX36"D,SEISM-RATE
CONTRACT PURCHASED ITEM SEISMIC
RATED PALLET RACK UPRIGHT
MATERIAL: 12 GA.
    SIZE: HEIGHT: 10'
        DEPTH: 36"
          FRAME,UPRIGHT,12GA,10'HX36"D,SEISM-RATE*
          Zone 4

| 00053 | PRKUP121040SR | 500 | each | 68.50000 | 34,250.00 | |

FRAME,UPRIGHT,12GA,10'HX40"D,SEISM-RATE*
FRAME,UPRIGHT,12GA,10'HX40"D,SEISM-RATE
CONTRACT PURCHASED ITEM SEISMIC
RATED PALLET RACK UPRIGHT
MATERIAL: 12 GA.
    SIZE: HEIGHT: 10'
        DEPTH: 40"
          FRAME,UPRIGHT,12GA,10'HX40"D,SEISM-RATE*
          Zone 4

| 00054 | PRKUP121042SR | 500 | each | 69.20000 | 34,600.00 | |

FRAME,UPRIGHT,12GA,10'HX42"D,SEISM-RATE*
FRAME,UPRIGHT,12GA,10'HX42"D,SEISM-RATE
CONTRACT PURCHASED ITEM SEISMIC
RATED PALLET RACK UPRIGHT
MATERIAL: 12 GA.
    SIZE: HEIGHT: 10'
        DEPTH: 42"
          FRAME,UPRIGHT,12GA,10'HX42"D,SEISM-RATE*
          Zone 4

**EXHIBIT 1**
Case 5:10-bk-07862-RNO   Doc 90-3   Filed 10/27/10   Entered 10/27/10 15:19:18   Desc
Exhibit 1 Part 1   Page 10 of 21

## SECTION B
## SUPPLIES OR SERVICES AND PRICES/COSTS

| Item No. | SUPPLIES OR SERVICES | Quantity | U/M | UNIT PRICE | AMOUNT IN US$ | PR Number |
|---|---|---|---|---|---|---|
| 00055 | PRKUP121048SR | 500 | each | 71.10000 | 35,550.00 | |

FRAME,UPRIGHT,12GA,10'HX48"D,SEISM-RATE*
FRAME,UPRIGHT,12GA,10'HX48"D,SEISM-RATE
CONTRACT PURCHASED ITEM
SEISMIC RATED PALLET RACK UPRIGHT
MATERIAL:12 GA.
   SIZE: HEIGHT:10'
       DEPTH:48"
       FRAME,UPRIGHT,12GA,10'HX48"D,SEISM-RATE*
       Zone 4

| 00056 | PRKUP121236SR | 500 | each | 73.40000 | 36,700.00 | |

FRAME,UPRIGHT,12GA,12'HX36"D,SEISM-RATE*
FRAME,UPRIGHT,12GA,12'HX36"D,SEISM-RATE
CONTRACT PURCHASED ITEM
SEISMIC RATED PALLET RACK UPRIGHT
MATERIAL:12 GA.
   SIZE: HEIGHT:12'
       DEPTH:36"
       FRAME,UPRIGHT,12GA,12'HX36"D,SEISM-RATE*
       Zone 4

| 00057 | PRKUP121240SR | 500 | each | 75.40000 | 37,700.00 | |

FRAME,UPRIGHT,12GA,12'HX40"D,SEISM-RATE*
FRAME,UPRIGHT,12GA,12'HX40"D,SEISM-RATE
CONTRACT PURCHASED ITEM
SEISMIC RATED PALLET RACK UPRIGHT
MATERIAL:12 GA.
   SIZE: HEIGHT:12'
       DEPTH:40"
       FRAME,UPRIGHT,12GA,12'HX40"D,SEISM-RATE*
       Zone 4

| 00058 | PRKUP121242SR | 500 | each | 76.80000 | 38,400.00 | |

FRAME,UPRIGHT,12GA,12'HX42"D,SEISM-RATE*
FRAME,UPRIGHT,12GA,12'HX42"D,SEISM-RATE
CONTRACT PURCHASED ITEM
SEISMIC RATED PALLET RACK UPRIGHT
MATERIAL:12 GA.
   SIZE: HEIGHT:12'
       DEPTH:42"
       FRAME,UPRIGHT,12GA,12'HX42"D,SEISM-RATE*
       Zone 4

**EXHIBIT 1**
Case 5:10-bk-07862-RNO   Doc 90-3   Filed 10/27/10   Entered 10/27/10 15:19:18   Desc
Exhibit 1 Part 1   Page 11 of 21

## SECTION B
## SUPPLIES OR SERVICES AND PRICES/COSTS

| Item No. | SUPPLIES OR SERVICES | Quantity | U/M | UNIT PRICE | AMOUNT IN US$ | PR Number |
|----------|----------------------|----------|-----|------------|---------------|-----------|
| 00059 | PRKUP121248SR | 500 | each | 77.60000 | 38,800.00 | |

FRAME,UPRIGHT,12GA,12'HX48"D,SEISM-RATE*
FRAME,UPRIGHT,12GA,12'HX48"D,SEISM-RATE
CONTRACT PURCHASED ITEM
SEISMIC RATED PALLET RACK UPRIGHT
MATERIAL:12 GA.
    SIZE: HEIGHT:12'
        DEPTH:48"
          FRAME,UPRIGHT,12GA,12'HX48"D,SEISM-RATE*
          Zone 4

| | | | | | | |
|----------|----------------------|----------|-----|------------|---------------|-----------|
| 00060 | PRKUP121436SR | 500 | each | 79.90000 | 39,950.00 | |

FRAME,UPRIGHT,12GA,14'HX36"D,SEISM-RATE*
FRAME,UPRIGHT,12GA,14'HX36"D,SEISM-RATE
CONTRACT PURCHASED ITEM
SEISMIC RATED PALLET RACK UPRIGHT
MATERIAL:12 GA.
    SIZE: HEIGHT:14'
        DEPTH:36"
          FRAME,UPRIGHT,12GA,14'HX36"D,SEISM-RATE*
          Zone 4

| | | | | | | |
|----------|----------------------|----------|-----|------------|---------------|-----------|
| 00061 | PRKUP121440SR | 500 | each | 81.50000 | 40,750.00 | |

FRAME,UPRIGHT,12GA,14'HX40"D,SEISM-RATE*
FRAME,UPRIGHT,12GA,14'HX40"D,SEISM-RATE
CONTRACT PURCHASED ITEM
SEISMIC RATED PALLET RACK UPRIGHT
MATERIAL:12 GA.
    SIZE: HEIGHT:14'
        DEPTH:40"
          FRAME,UPRIGHT,12GA,14'HX40"D,SEISM-RATE*
          Zone 4

| | | | | | | |
|----------|----------------------|----------|-----|------------|---------------|-----------|
| 00062 | PRKUP121442SR | 500 | each | 83.40000 | 41,700.00 | |

FRAME,UPRIGHT,12GA,14'HX42"D,SEISM-RATE*
FRAME,UPRIGHT,12GA,14'HX42"D,SEISM-RATE
CONTRACT PURCHASED ITEM
SEISMIC RATED PALLET RACK UPRIGHT
MATERIAL:12 GA.
    SIZE: HEIGHT:14'
        DEPTH:42"
          FRAME,UPRIGHT,12GA,14'HX42"D,SEISM-RATE*
          Zone 4

**EXHIBIT 1**
Case 5:10-bk-07862-RNO    Doc 90-3    Filed 10/27/10    Entered 10/27/10 15:19:18    Desc
Exhibit 1 Part 1    Page 12 of 21

Contract

| Item No. | SUPPLIES OR SERVICES | Quantity | U/M | UNIT PRICE | AMOUNT IN US$ | PR Number |
|---|---|---|---|---|---|---|
| 00063 | PRKUP121248SR | 500 | each | 85.10000 | 42,550.00 | |

FRAME,UPRIGHT,12GA,12'HX48"D,SEISM-RATE*
FRAME,UPRIGHT,12GA,12'HX48"D,SEISM-RATE
CONTRACT PURCHASED ITEM
SEISMIC RATED PALLET RACK UPRIGHT
MATERIAL:12 GA.
   SIZE: HEIGHT:12'
       DEPTH:48"
         FRAME,UPRIGHT,12GA,12'HX48"D,SEISM-RATE*
         Zone 4

| 00064 | PRKUP121436SR | 500 | each | 87.20000 | 43,600.00 | |

FRAME,UPRIGHT,12GA,14'HX36"D,SEISM-RATE*
FRAME,UPRIGHT,12GA,14'HX36"D,SEISM-RATE
CONTRACT PURCHASED ITEM
SEISMIC RATED PALLET RACK UPRIGHT
MATERIAL:12 GA.
   SIZE: HEIGHT:14'
       DEPTH:36"
         FRAME,UPRIGHT,12GA,14'HX36"D,SEISM-RATE*
         Zone 4

| 00065 | PRKUP121440SR | 500 | each | 89.90000 | 44,950.00 | |

FRAME,UPRIGHT,12GA,14'HX40"D,SEISM-RATE*
FRAME,UPRIGHT,12GA,14'HX40"D,SEISM-RATE
CONTRACT PURCHASED ITEM
SEISMIC RATED PALLET RACK UPRIGHT
MATERIAL:12 GA.
   SIZE: HEIGHT:14'
       DEPTH:40"
         FRAME,UPRIGHT,12GA,14'HX40"D,SEISM-RATE*
         Zone 4

| 00066 | PRKUP1214426SR | 500 | each | 92.60000 | 46,300.00 | |

FRAME,UPRIGHT,12GA,14'HX42"D,SEISM-RATE*
FRAME,UPRIGHT,12GA,14'HX42"D,SEISM-RATE
CONTRACT PURCHASED ITEM
SEISMIC RATED PALLET RACK UPRIGHT
MATERIAL:12 GA.
   SIZE: HEIGHT:14'
       DEPTH:42"
         FRAME,UPRIGHT,12GA,14'HX42"D,SEISM-RATE*
         Zone 4

EXHIBIT 1
Case 5:10-bk-07862-RNO    Doc 90-3    Filed 10/27/10    Entered 10/27/10 15:19:18    Desc
Exhibit 1 Part 1    Page 13 of 21

**Contract**

SECTION B
SUPPLIES OR SERVICES AND PRICES/COSTS

| Item No. SUPPLIES OR SERVICES | Quantity U/M | UNIT PRICE | AMOUNT IN US$ | PR Number |
|---|---|---|---|---|
| 00067    PRKUP121448SR | 500   each | 94.50000 | 47,250.00 | |

FRAME,UPRIGHT,12GA,14'HX48"D,SEISM-RATE*
FRAME,UPRIGHT,12GA,14'HX48"D,SEISM-RATE
CONTRACT PURCHASED ITEM
SEISMIC RATED PALLET RACK UPRIGHT
MATERIAL:12 GA.
   SIZE: HEIGHT:14'
      DEPTH:48"
        FRAME,UPRIGHT,12GA,14'HX48"D,SEISM-RATE*
        Zone 4

| 00068    PRKUP121636SR | 500   each | 96.30000 | 48,150.00 | |
|---|---|---|---|---|

FRAME,UPRIGHT,12GA,16'HX36"D,SEISM-RATE*
FRAME,UPRIGHT,12GA,16'HX36"D,SEISM-RATE
CONTRACT PURCHASED ITEM
SEISMIC RATED PALLET RACK UPRIGHT
MATERIAL:12 GA.
   SIZE: HEIGHT:16'
      DEPTH:36"
        FRAME,UPRIGHT,12GA,16'HX36"D,SEISM-RATE*
        Zone 4

| 00069    PRKUP121640SR | 500   each | 99.20000 | 49,600.00 | |
|---|---|---|---|---|

FRAME,UPRIGHT,12GA,16'HX40"D,SEISM-RATE*
FRAME,UPRIGHT,12GA,16'HX40"D,SEISM-RATE
CONTRACT PURCHASED ITEM
SEISMIC RATED RACK UPRIGHT
MATERIAL:12 GA
SIZE:HEIGHT:16'
DEPTH:40"
        FRAME,UPRIGHT,12GA,16'HX40"D,SEISM-RATE*
        Zone 4

| 00070    PRKUP121642SR | 500   each | 105.40000 | 52,700.00 | |
|---|---|---|---|---|

FRAME,UPRIGHT,12GA,16'HX42"D,SEISM-RATE*
FRAME,UPRIGHT,12GA,16'HX42"D,SEISM-RATE
CONTRACT PURCHASED ITEM
SEISMIC RATED RACK UPRIGHT
MATERIAL:12 GA
SIZE:HEIGHT:16'
DEPTH:42"
        FRAME,UPRIGHT,12GA,16'HX42"D,SEISM-RATE*
        Zone 4

CONTRACT NUMBER: DJU4600002983          PAGE 13 OF 41

**EXHIBIT 1**
Case 5:10-bk-07862-RNO    Doc 90-3    Filed 10/27/10    Entered 10/27/10 15:19:18    Desc
Exhibit 1 Part 1    Page 14 of 21

**Contract**



# SECTION B
## SUPPLIES OR SERVICES AND PRICES/COSTS

| Item No. | SUPPLIES OR SERVICES | Quantity | U/M | UNIT PRICE | AMOUNT IN US$ | PR Number |
|----------|----------------------|----------|-----|-----------|---------------|-----------|
| 00071 | PRKUP121648SR | 500 | each | 108.90000 | 54,450.00 | |

FRAME,UPRIGHT,12GA,16'HX48"D,SEISM-RATE*
FRAME,UPRIGHT,12GA,16'HX48"D,SEISM-RATE
CONTRACT PURCHASED ITEM
SEISMIC RATED RACK UPRIGHT
MATERAIL:12 GA
SIZE:HEIGHT:16'
DEPTH:48"
          FRAME,UPRIGHT,12GA,16'HX48"D,SEISM-RATE*
          Zone 4

| Item No. | SUPPLIES OR SERVICES | Quantity | U/M | UNIT PRICE | AMOUNT IN US$ | PR Number |
|----------|----------------------|----------|-----|-----------|---------------|-----------|
| 00072 | PRKUF121836SR | 500 | each | 122.40000 | 61,200.00 | |

FRAME,UPRIGHT,12GA,18'HX36"D,SEISM-RATE*
FRAME,UPRIGHT,12GA,18'HX36"D,SEISM-RATE
CONTRACT PURCHASED ITEM
SEISMIC RATED RACK UPRIGHT
MATERAIL:12 GA
SIZE:HEIGHT:18'
DEPTH:36"
          FRAME,UPRIGHT,12GA,18'HX36"D,SEISM-RATE*
          Zone 4

| Item No. | SUPPLIES OR SERVICES | Quantity | U/M | UNIT PRICE | AMOUNT IN US$ | PR Number |
|----------|----------------------|----------|-----|-----------|---------------|-----------|
| 00073 | PRKUP121840SR | 500 | each | 125.80000 | 62,900.00 | |

FRAME,UPRIGHT,12GA,18'HX40"D,SEISM-RATE*
FRAME,UPRIGHT,12GA,18'HX40"D,SEISM-RATE
CONTRACT PURCHASED ITEM
SEISMIC RATED RACK UPRIGHT
MATERAIL:12 GA
SIZE:HEIGHT:18'
DEPTH:40"
          FRAME,UPRIGHT,12GA,18'HX40"D,SEISM-RATE*
          Zone 4

| Item No. | SUPPLIES OR SERVICES | Quantity | U/M | UNIT PRICE | AMOUNT IN US$ | PR Number |
|----------|----------------------|----------|-----|-----------|---------------|-----------|
| 00074 | PRKUP121842SR | 500 | each | 132.50000 | 66,250.00 | |

FRAME,UPRIGHT,12GA,18'HX42"D,SEISM-RATE*
FRAME,UPRIGHT,12GA,18'HX42"D,SEISM-RATE
CONTRACT PURCHASED ITEM
SEISMIC RATED RACK UPRIGHT
MATERAIL:12 GA
SIZE:HEIGHT:18'
DEPTH:42"
          FRAME,UPRIGHT,12GA,18'HX42"D,SEISM-RATE*
          Zone 4

**EXHIBIT 1**

Case 5:10-bk-07862-RNO   Doc 90-3   Filed 10/27/10   Entered 10/27/10 15:19:18   Desc
Exhibit 1 Part 1   Page 15 of 21

## SECTION B
## SUPPLIES OR SERVICES AND PRICES/COSTS

| Item No. | SUPPLIES OR SERVICES | Quantity | U/M | UNIT PRICE | AMOUNT IN US$ | PR Number |
|----------|----------------------|----------|-----|-----------|---------------|-----------|
| 00075 | PRKUP121848SR | 500 | each | 151.50000 | 75,750.00 | |

FRAME,UPRIGHT,12GA,18'HX48"D,SEISM-RATE*
FRAME,UPRIGHT,12GA,18'HX48"D,SEISM-RATE
CONTRACT PURCHASED ITEM
SEISMIC RATED RACK UPRIGHT
MATERAIL:12 GA
SIZE:HEIGHT:18'
DEPTH:48"
      FRAME,UPRIGHT,12GA,18'HX48"D,SEISM-RATE*
      Zone 4

| | | | | | | |
|----------|----------------------|----------|-----|-----------|---------------|-----------|
| 00076 | PRKUP122036SR | 500 | each | 172.00000 | 86,000.00 | |

FRAME,UPRIGHT,12GA,20'HX36"D,SEISM-RATE*
FRAME,UPRIGHT,12GA,20'HX36"D,SEISM-RATE
CONTRACT PURCHASED ITEM
SEISMIC RATED RACK UPRIGHT
MATERAIL:12 GA
SIZE:HEIGHT:20'
DEPTH:36"
      FRAME,UPRIGHT,12GA,20'HX36"D,SEISM-RATE*
      Zone 4

| | | | | | | |
|----------|----------------------|----------|-----|-----------|---------------|-----------|
| 00077 | PRKUP122040SR | 500 | each | 179.00000 | 89,500.00 | |

FRAME,UPRIGHT,12GA,20'HX40"D,SEISM-RATE*
FRAME,UPRIGHT,12GA,20'HX40"D,SEISM-RATE
CONTRACT PURCHASED ITEM
SEISMIC RATED RACK UPRIGHT
MATERAIL:12 GA
SIZE:HEIGHT:20'
DEPTH:40"
      FRAME,UPRIGHT,12GA,20'HX40"D,SEISM-RATE*
      Zone 4

| | | | | | | |
|----------|----------------------|----------|-----|-----------|---------------|-----------|
| 00078 | PRKUP122042SR | 500 | each | 181.00000 | 90,500.00 | |

FRAME,UPRIGHT,12GA,20'HX42"D,SEISM-RATE*
FRAME,UPRIGHT,12GA,20'HX42"D,SEISM-RATE
CONTRACT PURCHASED ITEM
SEISMIC RATED RACK UPRIGHT
MATERAIL:12 GA
SIZE:HEIGHT:20'
DEPTH:42"
      FRAME,UPRIGHT,12GA,20'HX42"D,SEISM-RATE*
      Zone 4

EXHIBIT 1

Case 5:10-bk-07862-RNO    Doc 90-3    Filed 10/27/10    Entered 10/27/10 15:19:18    Desc
Exhibit 1 Part 1    Page 16 of 21

**Contract**

| Item No. | SUPPLIES OR SERVICES | Quantity | U/M | UNIT PRICE | AMOUNT IN US$ | PR Number |
|----------|----------------------|----------|-----|------------|---------------|-----------|
| 00079 | PRKUP122048SR | 500 | each | 185.00000 | 92,500.00 | |

FRAME,UPRIGHT,12GA,20'HX48"D,SEISM-RATE*
FRAME,UPRIGHT,12GA,20'HX48"D,SEISM-RATE
CONTRACT PURCHASED ITEM
SEISMIC RATED PALLET RACK UPRIGHT
MATERIAL:12 GA.
SIZE:HEIGHT:20'
DEPTH:48"
    FRAME,UPRIGHT,12GA,20'HX48"D,SEISM-RATE*
    Zone 4

| 00080 | PRKUP122236SR | 500 | each | 191.00000 | 95,500.00 | |

FRAME,UPRIGHT,12GA,22'HX36"D,SEISM-RATE*
FRAME,UPRIGHT,12GA,22'HX36"D,SEISM-RATE
CONTRACT PURCHASED ITEM
SEISMIC RATED PALLET RACK UPRIGHT
MATERIAL:12 GA.
SIZE:HEIGHT:22'
DEPTH:36"
    FRAME,UPRIGHT,12GA,22'HX36"D,SEISM-RATE*
    Zone 4

| 00081 | PRKUP122240SR | 500 | each | 193.00000 | 96,500.00 | |

FRAME,UPRIGHT,12GA,22'HX40"D,SEISM-RATE*
FRAME,UPRIGHT,12GA,22'HX40"D,SEISM-RATE
CONTRACT PURCHASED ITEM
SEISMIC RATED PALLET RACK UPRIGHT
MATERIAL:12 GA.
SIZE:HEIGHT:22'
DEPTH:40"
    FRAME,UPRIGHT,12GA,22'HX40"D,SEISM-RATE*
    Zone 4

| 00082 | PRKUP122242SR | 500 | each | 195.00000 | 97,500.00 | |

FRAME,UPRIGHT,12GA,22'HX42"D,SEISM-RATE*
FRAME,UPRIGHT,12GA,22'HX42"D,SEISM-RATE
CONTRACT PURCHASED ITEM
SEISMIC RATED PALLET RACK UPRIGHT
MATERIAL:12 GA.
SIZE:HEIGHT:22'
DEPTH:42"
    FRAME,UPRIGHT,12GA,22'HX42"D,SEISM-RATE*
    Zone 4

**EXHIBIT 1**
Case 5:10-bk-07862-RNO   Doc 90-3   Filed 10/27/10   Entered 10/27/10 15:19:18   Desc
Exhibit 1 Part 1   Page 17 of 21

## SECTION B
## SUPPLIES OR SERVICES AND PRICES/COSTS

| Item No. SUPPLIES OR SERVICES | Quantity | U/M | UNIT PRICE | AMOUNT IN US$ | PR Number |
|---|---|---|---|---|---|
| 00083　PRKUP122248SR | 500 | each | 198.00000 | 99,000.00 | |

FRAME,UPRIGHT,12GA,22'HX48"D,SEISM-RATE*
FRAME,UPRIGHT,12GA,22'HX48"D,SEISM-RATE
CONTRACT PURCHASED ITEM
SEISMIC RATED PALLET RACK UPRIGHT
MATERIAL:12 GA.
SIZE:HEIGHT:22'
DEPTH:48"
        FRAME,UPRIGHT,12GA,22'HX48"D,SEISM-RATE*
        Zone 4

| 00084　PRKUP122436SR | 500 | each | 202.00000 | 101,000.00 | |
|---|---|---|---|---|---|

FRAME,UPRIGHT,12GA,24'HX36"D,SEISM-RATE*
FRAME,UPRIGHT,12GA,24'HX36"D,SEISM-RATE
CONTRACT PURCHASED ITEM
SEISMIC RATED PALLET RACK UPRIGHT
MATERIAL:12 GA.
SIZE:HEIGHT:24'
DEPTH:36"
        FRAME,UPRIGHT,12GA,24'HX36"D,SEISM-RATE*
        Zone 4

| 00085　PRKUP122440SR | 500 | each | 205.00000 | 102,500.00 | |
|---|---|---|---|---|---|

FRAME,UPRIGHT,12GA,24'HX40"D,SEISM-RATE*
FRAME,UPRIGHT,12GA,24'HX40"D,SEISM-RATE
CONTRACT PURCHASED ITEM
SEISMIC RATED PALLET RACK UPRIGHT
MATERIAL:12 GA.
SIZE:HEIGHT:24'
DEPTH:40"
        FRAME,UPRIGHT,12GA,24'HX40"D,SEISM-RATE*
        Zone 4

| 00086　PRKUP122442SR | 500 | each | 209.00000 | 104,500.00 | |
|---|---|---|---|---|---|

FRAME,UPRIGHT,12GA,24'HX42"D,SEISM-RATE*
FRAME,UPRIGHT,12GA,24'HX42"D,SEISM-RATE
CONTRACT PURCHASED ITEM
SEISMIC RATED PALLET RACK UPRIGHT
MATERIAL:12 GA.
SIZE:HEIGHT:24'
DEPTH:42"
        FRAME,UPRIGHT,12GA,24'HX42"D,SEISM-RATE*
        Zone 4

**EXHIBIT 1**
Case 5:10-bk-07862-RNO    Doc 90-3    Filed 10/27/10    Entered 10/27/10 15:19:18    Desc
Exhibit 1 Part 1    Page 18 of 21

## SECTION B
## SUPPLIES OR SERVICES AND PRICES/COSTS

| Item No. | SUPPLIES OR SERVICES | Quantity | U/M | UNIT PRICE | AMOUNT IN US$ | PR Number |
|----------|----------------------|----------|-----|------------|---------------|-----------|
| 00087 | PRKUP122448SR | 500 | each | 215.00000 | 107,500.00 | |

FRAME,UPRIGHT,12GA,24'HX48"D,SEISM-RATE*
FRAME,UPRIGHT,12GA,24'HX48"D,SEISM-RATE
CONTRACT PURCHASED ITEM
SEISMIC RATED PALLET RACK UPRIGHT
MATERIAL:12 GA.
SIZE:HEIGHT:24'
DEPTH:48"
     FRAME,UPRIGHT,12GA,24'HX48"D,SEISM-RATE*
     Zone 4

| 00088 | PRKUP122636SR | 500 | each | 227.00000 | 113,500.00 | |

FRAME,UPRIGHT,12GA,26'HX36"D,SEISM-RATE*
FRAME,UPRIGHT,12GA,26'HX36"D,SEISM-RATE
CONTRACT PURCHASED ITEM
SEISMIC RATED PALLET RACK UPRIGHT
MATERIAL:12 GA.
SIZE:HEIGHT:26'
DEPTH:36"
     FRAME,UPRIGHT,12GA,26'HX36"D,SEISM-RATE*
     Zone 4

| 00089 | PRKUP122640SR | 500 | each | 232.00000 | 116,000.00 | |

FRAME,UPRIGHT,12GA,26'HX40"D,SEISM-RATE
FRAME,UPRIGHT,12GA,26'HX40"D,SEISM-RATE
CONTRACT PURCHASED ITEM
SEISMIC RATED PALLET RACK UPRIGHT
MATERIAL:12GA.
SIZE:HEIGHT:26'
   DEPTH :40"
     FRAME,UPRIGHT,12GA,26'HX40"D,SEISM-RATE
     Zone 4

| 00090 | PRKUP122642SR | 500 | each | 241.00000 | 120,500.00 | |

FRAME,UPRIGHT,12GA,26'HX42"D,SEISM-RATE
FRAME,UPRIGHT,12GA,26'HX42"D,SEISM-RATE
CONTRACT PURCHASED ITEM
SEISMIC RATED PALLET RACK UPRIGHT
MATERIAL:12GA.
SIZE:HEIGHT:26'
   DEPTH :42"
     FRAME,UPRIGHT,12GA,26'HX42"D,SEISM-RATE
     Zone 4

EXHIBIT 1

## SECTION B
### SUPPLIES OR SERVICES AND PRICES/COSTS

| Item No. | SUPPLIES OR SERVICES | Quantity | U/M | UNIT PRICE | AMOUNT IN US$ | PR Number |
|----------|----------------------|----------|-----|------------|---------------|-----------|
| 00091 | PRKUP122648SR | 500 | each | 245.00000 | 122,500.00 | |

FRAME,UPRIGHT,12GA,26'HX48"D,SEISM-RATE
FRAME,UPRIGHT,12GA,26'HX48"D,SEISM-RATE
CONTRACT PURCHASED ITEM
SEISMIC RATED PALLET RACK UPRIGHT
MATERIAL:12GA.
SIZE:HEIGHT:26'
    DEPTH :48"
        FRAME,UPRIGHT,12GA,26'HX48"D,SEISM-RATE
        Zone 4

| Item No. | SUPPLIES OR SERVICES | Quantity | U/M | UNIT PRICE | AMOUNT IN US$ | PR Number |
|----------|----------------------|----------|-----|------------|---------------|-----------|
| 00092 | PRKUP122836SR | 500 | each | 251.00000 | 125,500.00 | |

FRAME,UPRIGHT,12GA,28'HX36"D,SEISM-RATE
FRAME,UPRIGHT,12GA,28'HX36"D, SEISM-RATE
CONTRACT PURCHASED ITEM
SEISMIC RATED PALLET RACK UPRIGHT
MATERIAL:12GA.
SIZE:HEIGHT:28'
    DEPTH :36"
        FRAME,UPRIGHT,12GA,28'HX36"D,SEISM-RATE
        Zone 4

| Item No. | SUPPLIES OR SERVICES | Quantity | U/M | UNIT PRICE | AMOUNT IN US$ | PR Number |
|----------|----------------------|----------|-----|------------|---------------|-----------|
| 00093 | PRKUP122840SR | 500 | each | 255.00000 | 127,500.00 | |

FRAME,UPRIGHT,12GA,28'HX40"D,SEISM-RATE
FRAME,UPRIGHT,12GA,28'HX40"D,SEISM-RATE
CONTRACT PURCHASED ITEM
SEISMIC RATED PALLET RACK UPRIGHT
MATERIAL:12GA.
SIZE:HEIGHT:28'
    DEPTH :40"
        FRAME,UPRIGHT,12GA,28'HX40"D,SEISM-RATE
        Zone 4

| Item No. | SUPPLIES OR SERVICES | Quantity | U/M | UNIT PRICE | AMOUNT IN US$ | PR Number |
|----------|----------------------|----------|-----|------------|---------------|-----------|
| 00094 | PRKUP122842SR | 500 | each | 261.00000 | 130,500.00 | |

FRAME,UPRIGHT,12GA,28'HX42"D,SEISM-RATE
FRAME,UPRIGHT,12GA,28'HX42"D,SEISM-RATE
CONTRACT PURCHASED ITEM
SEISMIC RATED PALLET RACK UPRIGHT
MATERIAL:12GA.
SIZE:HEIGHT:28'
    DEPTH :42"
        FRAME,UPRIGHT,12GA,28'HX42"D,SEISM-RATE
        Zone 4

**EXHIBIT 1**

Case 5:10-bk-07862-RNO   Doc 90-3   Filed 10/27/10   Entered 10/27/10 15:19:18   Desc
Exhibit 1 Part 1   Page 20 of 21

## SECTION B
### SUPPLIES OR SERVICES AND PRICES/COSTS

| Item No. SUPPLIES OR SERVICES | Quantity | U/E | UNIT PRICE | AMOUNT IN US$ | PR Number |
|---|---|---|---|---|---|
| 00095 PRKUP122848SR | 500 | each | 269.00000 | 134,500.00 | |

FRAME,UPRIGHT,12GA,28'HX48"D,SEISM-RATE
FRAME,UPRIGHT,12GA,28'HX48"D,SEISM-RATE
CONTRACT PURCHASED ITEM
SEISMIC RATED PALLET RACK UPRIGHT
MATERIAL:12GA.
SIZE:HEIGHT:28'
    DEPTH :48"
        FRAME,UPRIGHT,12GA,28'HX48"D,SEISM-RATE
        Zone 4

| 00096 PRKUP123036SR | 500 | each | 272.00000 | 136,000.00 | |
|---|---|---|---|---|---|

FRAME,UPRIGHT,12GA,30'HX36"D,SEISM-RATE
FRAME,UPRIGHT,12GA,30'HX36"D,SEISM-RATE
CONTRACT PURCHASED ITEM
SEISMIC RATED PALLET RACK UPRIGHT
MATERIAL:12GA.
SIZE:HEIGHT:30'
    DEPTH :36"
        FRAME,UPRIGHT,12GA,30'HX36"D,SEISM-RATE
        Zone 4

| 0097 PRKUP123040SR | 500 | each | 277.00000 | 138,500.00 | |
|---|---|---|---|---|---|

FRAME,UPRIGHT,12GA,30'HX40"D,SEISM-RATE
FRAME,UPRIGHT,12GA,30'HX40"D,SEISM-RATE
CONTRACT PURCHASED ITEM
SEISMIC RATED PALLET RACK UPRIGHT
MATERIAL:12GA.
SIZE:HEIGHT:30'
    DEPTH :40"
        FRAME,UPRIGHT,12GA,30'HX40"D,SEISM-RATE
        Zone 4

| 00098 PRKUP123042SR | 500 | each | 285.00000 | 142,500.00 | |
|---|---|---|---|---|---|

FRAME,UPRIGHT,12GA,30'HX42"D,SEISM-RATE
FRAME,UPRIGHT,12GA,30'HX42"D,SEISM-RATE
CONTRACT PURCHASED ITEM
SEISMIC RATED PALLET RACK UPRIGHT
MATERIAL:12GA.
SIZE:HEIGHT:30'
    DEPTH :42"
        FRAME,UPRIGHT,12GA,30'HX42"D,SEISM-RATE
        Zone 4

**EXHIBIT 1**
Case 5:10-bk-07862-RNO    Doc 90-3    Filed 10/27/10    Entered 10/27/10 15:19:18    Desc
Exhibit 1 Part 1    Page 21 of 21