# SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS
*OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24 & 30*

| | |
|---|---|
| 1. REQUISITION NUMBER | 1019258368 |
| PAGE 1 OF | 3 |
| 2. CONTRACT NO. | DJU4600002983 |
| 3. AWARD/EFFECTIVE DATE | 05/18/2010 |
| 4. ORDER NUMBER | DJU4500390411 |
| 5. SOLICITATION NUMBER | |
| 6. SOLICITATION ISSUE DATE | |
| 7. FOR SOLICITATION INFORMATION CALL: a. NAME | Kirk W. Kennedy |
| b. TELEPHONE NUMBER (No collect calls) | 405-262-4875 |
| 8. OFFER DUE DT/LOCAL TIME | |

**9. ISSUED BY** CODE
UNICOR, FPI Central Office
UNICOR FPI Central Office
Washington, DC  20534

**10. THIS AQUISITION IS**
[X] UNRESTRICTED
[ ] SET ASIDE 0 % FOR
[ ] SMALL BUSINESS
[ ] SMALL DISADV.BUSINESS
[ ] 8(A)
SIC: 3441

**11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED**
[ ] SEE SCHEDULE

**12. DISCOUNT TERMS** 1%/10, Net 30

**13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700)**
**13b. RATING**

**14. METHOD OF SOLICITATION**
[ ] RFQ  [ ] IFB  [X] RFP

**15. DELIVER TO** CODE
UNICOR Federal Prison Industries
HWY 66 West
EL RENO, OK  73036-1000
USA

**16. ADMINISTERED BY** CODE
UNICOR, FPI Central Office
UNICOR FPI Central Office
Washington, DC  20534

**17a. CONTRACTOR/OFFEROR** CODE 53249462  FACILITY CODE
Excel Storage Products
P.O. Box 407
East Strondsburg, PA  18301-0407
TELEPHONE NO. 570-476-0407  TIN:

**18a. PAYMENT WILL BE MADE BY** CODE
UNICOR FPI Central Acct Payable
P. O. Box 4000
BUTNER, NC  27509-4000 (1-800-827-3168),
USA

[ ] 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

**18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED** [ ] SEE ADDENDUM

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | See Section B | | | | |

**25. ACCOUNTING AND APPROPRIATION DATA**

**26. TOTAL AWARD AMOUNT** *(For Govt. Use Only)*  $844,767.36

[ ] 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4. FAR 52.212-3 AND 52.212-5 ARE ATTACHED. ADDENDA  [ ] ARE  [ ] ARE NOT ATTACHED
[X] 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED. ADDENDA  [X] ARE  [ ] ARE NOT ATTACHED

**28.** [X] CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN 1 COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED HEREIN.

**29.** AWARD OF CONTRACT: REFERENCE _____ OFFER DATED _____. YOUR OFFER ON SOLICITATION (BLOCK 5), [X] INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HERIN, ACCEPTED AS TO ITEMS:

**30a. SIGNATURE OF OFFEROR/CONTRACTOR**

**31a. UNITED STATES OF AMERICA** *(SIGNATURE OF CONTRACTING OFFICER)*
/S/ Kirk W. Kennedy

**30b. NAME AND TITLE OF SIGNER** *(TYPE OR PRINT)*
**30c. DATE SIGNED**

**31b. NAME OF CONTRACTING OFFICER** *(TYPE OR PRINT)*
Kirk W. Kennedy  405-262-4875
**31c. DATE SIGNED** 10/04/2010

**32a. QUANTITY IN COLUMN 21 HAS BEEN**
[ ] RECEIVED  [ ] INSPECTED  [ ] ACCEPTED, AND CONFORMS TO THE CONTRACT EXCEPT AS NOTED

| 33. SHIP NUMBER | 34. VOUCHER NUMBER | 35. AMOUNT VERIFIED CORRECT FOR |
|---|---|---|
| PARTIAL  FINAL | | |

**36. PAYMENT**  [ ] COMPLETE  [ ] PARTIAL  [ ] FINAL
**37. CHECK NUMBER**

**32b. SIGNATURE OF AUTHORIZED GOVT. REPRESENTATIVE**  **32c. DATE**

**38. S/R ACCOUNT NUMBER**  **39. S/R VOUCHER NUMBER**  **40. PAID BY**

**41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT**
**42a. RECEIVED BY** *(Print)*

**41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER**  **41c. DATE**
**42b. RECEIVED AT** *(Location)*

**42c. DATE REC'D** *(YY/MM/DD)*  **42d. TOTAL CONTAINERS**

AUTHORIZED FOR LOCAL REPRODUCTION

**STANDARD FORM 1449** (10-95)
Prescribed by GSA - FAR (48 CFR) 53.212

Exhibit 3

## Purchase order

Terms of delivery: DST

*********************************
REQUIREMENTS CONTRACT
FIVE YEARS WITH NO OPTIONS
*********************************
ALL QUANTITIES ARE ESTIMATES ONLY
*********************************

NOTE TO VENDOR:  IN ACCORDANCE WITH THE PROMPT PAYMENT ACT, INVOICES THAT DO NOT AGREE WITH THE PURCHASE ORDER/DELIVERY ORDER WILL BE RETURNED TO THE VENDOR AT THE ADDRESS LOCATED IN BLOCK 17A OF THE SF1449.
We require an order acknowledgment for the following items

### SECTION B
### SUPPLIES OR SERVICES AND PRICES/COSTS

| Item No. | SUPPLIES OR SERVICES | Quantity | U/M | UNIT PRICE | AMOUNT IN US$ | PR Number | Del. Date |
|---|---|---|---|---|---|---|---|
| 00001 | MEZZPRKSP05 | 1,494 | each | 565.44000 | 844,767.36 | 1019258368 | 07/01/2010 |
| | CANT-UPRT,18'H X 48"-BASE,DBL-SIDED GRAY | | | | | | |
| | MEZZ-SIZE/LOAD,TO-BE-DETERMINED-BY-FPI-05 | | | | | | |

UNICOR PART NO:MEZZPRKSP
MEZZ-SIZE/LOAD,TO-BE-DETERMINED-BY-FPI

CUSTOM QUOTE REQUIRED TO DETERMINE EXACT SIZE AND LOAD.
-

Total net item val. excl. tax USD                              844,767.36

Exhibit 3
Case 5:10-bk-07862-RNO   Doc 90-6   Filed 10/27/10   Entered 10/27/10 15:19:18   Desc
Exhibit 3   Page 2 of 2