# SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS
*OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24 & 30*

| Field | Value |
|---|---|
| 1. REQUISITION NUMBER | 1019152751 |
| PAGE 1 OF | 5 |
| 2. CONTRACT NO. | DJU4600002983 |
| 3. AWARD/EFFECTIVE DATE | 03/24/2010 |
| 4. ORDER NUMBER | DJU4500386390 |
| 5. SOLICITATION NUMBER | |
| 6. SOLICITATION ISSUE DATE | |
| 7. FOR SOLICITATION INFORMATION CALL: a. NAME | Kirk W. Kennedy |
| b. TELEPHONE NUMBER (No collect calls) | 405-262-4875 |
| 8. OFFER DUE DT/LOCAL TIME | |

**9. ISSUED BY** CODE
UNICOR, FPI Central Office
UNICOR FPI Central Office
Washington, DC 20534

**10. THIS AQUISITION IS**
[X] UNRESTRICTED
[ ] SET ASIDE 0 % FOR
[ ] SMALL BUSINESS
[ ] SMALL DISADV. BUSINESS
[ ] 8(A)
SIC:

**11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED**
[ ] SEE SCHEDULE

**12. DISCOUNT TERMS** 1%/10, Net 30

**13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700)**
**13b. RATING**

**14. METHOD OF SOLICITATION**
[ ] RFQ  [ ] IFB  [X] RFP

**15. DELIVER TO** CODE
UNICOR Federal Prison Industries
HWY 66 West
EL RENO, OK 73036-1000
USA

**16. ADMINISTERED BY** CODE
UNICOR, FPI Central Office
UNICOR FPI Central Office
Washington, DC 20534

**17a. CONTRACTOR/OFFEROR** CODE 53249462 FACILITY CODE
Excel Storage Products
P.O. Box 407
East Strondsburg, PA 18301-0407
TELEPHONE NO. 570-476-0407 TIN:

[ ] 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

**18a. PAYMENT WILL BE MADE BY** CODE
UNICOR FPI Central Acct Payable
P. O. Box 4000
BUTNER, NC 27509-4000 (1-800-827-3168),
USA

**18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED** [ ] SEE ADDENDUM

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | See Section B | | | | |

**25. ACCOUNTING AND APPROPRIATION DATA**

**26. TOTAL AWARD AMOUNT** *(For Govt. Use Only)*
$1,300,160.00

[ ] 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4. FAR 52.212-3 AND 52.212-5 ARE ATTACHED. ADDENDA [ ] ARE [ ] ARE NOT ATTACHED
[X] 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED. ADDENDA [X] ARE [ ] ARE NOT ATTACHED

**28.** [X] CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN 1 COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED HEREIN.

**29.** [X] AWARD OF CONTRACT: REFERENCE _____ OFFER DATED _____. YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HERIN, ACCEPTED AS TO ITEMS:

**30a. SIGNATURE OF OFFEROR/CONTRACTOR**

**31a. UNITED STATES OF AMERICA** *(SIGNATURE OF CONTRACTING OFFICER)*
/S/ Kirk W. Kennedy

**30b. NAME AND TITLE OF SIGNER** *(TYPE OR PRINT)*
**30c. DATE SIGNED**

**31b. NAME OF CONTRACTING OFFICER** *(TYPE OR PRINT)*
Kirk W. Kennedy 405-262-4875
**31c. DATE SIGNED** 10/04/2010

**32a. QUANTITY IN COLUMN 21 HAS BEEN** [ ] RECEIVED [ ] INSPECTED [ ] ACCEPTED, AND CONFORMS TO THE CONTRACT EXCEPT AS NOTED
**33. SHIP NUMBER** PARTIAL | FINAL
**34. VOUCHER NUMBER**
**35. AMOUNT VERIFIED CORRECT FOR**
**36. PAYMENT** [ ] COMPLETE [ ] PARTIAL [ ] FINAL
**37. CHECK NUMBER**
**32b. SIGNATURE OF AUTHORIZED GOVT. REPRESENTATIVE** | **32c. DATE**
**38. S/R ACCOUNT NUMBER** | **39. S/R VOUCHER NUMBER** | **40. PAID BY**
**41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT**
**41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER** | **41c. DATE**
**42a. RECEIVED BY** *(Print)*
**42b. RECEIVED AT** *(Location)*
**42c. DATE REC'D** (YY/MM/DD) | **42d. TOTAL CONTAINERS**

AUTHORIZED FOR LOCAL REPRODUCTION

**STANDARD FORM 1449** (10-95)
Prescribed by GSA - FAR (48 CFR) 53.212

Exhibit 4

Purchase order

Terms of delivery: DST

**********************************
REQUIREMENTS CONTRACT
FIVE YEARS WITH NO OPTIONS
**********************************
ALL QUANTITIES ARE ESTIMATES ONLY
**********************************

DROP SHIP------
:lease submit copies of the CBL/ shipping document to
FAX number 405-319-7695. Please ensure quantities of each shipment are clearly identified.

NOTE TO VENDOR: IN ACCORDANCE WITH THE PROMPT PAYMENT ACT, INVOICES THAT DO NOT AGREE WITH THE PURCHASE
ORDER/DELIVERY ORDER WILL BE RETURNED TO THE VENDOR AT THE ADDRESS LOCATED IN BLOCK 17A OF THE SF1449.
We require an order acknowledgment for the following items

## SECTION B
## SUPPLIES OR SERVICES AND PRICES/COSTS

| Item No. | SUPPLIES OR SERVICES | Quantity | U/M | UNIT PRICE | AMOUNT IN US$ | PR Number | Del. Date |
|---|---|---|---|---|---|---|---|
| 00001 | MEZZPRKSP08 | 537 | each | 239.00000 | 128,343.00 | | |

UPRIGHT,40"D X 26'H
MEZZ-SIZE/LOAD,TO-BE-DETERMINED-BY-FPI-08

UNICOR PART NO:MEZZPRKSP
MEZZ-SIZE/LOAD,TO-BE-DETERMINED-BY-FPI

CUSTOM QUOTE REQUIRED TO DETERMINE EXACT SIZE AND LOAD.
-
CHANGE_REMARKS *** Item completely delivered ***

| 00002 | MEZZPRKSP08 | 624 | each | 239.00000 | 149,136.00 | | |

UPRIGHT,40"D X 26'H
MEZZ-SIZE/LOAD,TO-BE-DETERMINED-BY-FPI-08

UNICOR PART NO:MEZZPRKSP
MEZZ-SIZE/LOAD,TO-BE-DETERMINED-BY-FPI

CUSTOM QUOTE REQUIRED TO DETERMINE EXACT SIZE AND LOAD.
-
CHANGE_REMARKS *** Item completely delivered ***

| 00003 | MEZZPRKSP08 | 603 | each | 239.00000 | 144,117.00 | | |

UPRIGHT,40"D X 26'H
MEZZ-SIZE/LOAD,TO-BE-DETERMINED-BY-FPI-08

UNICOR PART NO:MEZZPRKSP
MEZZ-SIZE/LOAD,TO-BE-DETERMINED-BY-FPI

CUSTOM QUOTE REQUIRED TO DETERMINE EXACT SIZE AND LOAD.
-
CHANGE_REMARKS *** Item completely delivered ***

Exhibit 4
Case 5:10-bk-07862-RNO    Doc 90-7    Filed 10/27/10    Entered 10/27/10 15:19:18    Desc
Exhibit 4    Page 2 of 5

Purchase order

## SECTION B
### SUPPLIES OR SERVICES AND PRICES/COSTS

```
Item No. SUPPLIES OR SERVICES      Quantity  U/M    UNIT PRICE    AMOUNT IN US$  PR Number    Del. Date
00004    MEZZPRKSP08                    837  each    239.00000       200,043.00
UPRIGHT,40"D X 26'H
MEZZ-SIZE/LOAD,TO-BE-DETERMINED-BY-FPI-08


UNICOR PART NO:MEZZPRKSP
MEZZ-SIZE/LOAD,TO-BE-DETERMINED-BY-FPI

CUSTOM QUOTE REQUIRED TO DETERMINE EXACT SIZE AND LOAD.
-
CHANGE_REMARKS  *** Item completely delivered ***
00005    MEZZPRKSP08                    920  each    239.00000       219,880.00  1019152751   09/07/2010
UPRIGHT,40"D X 26'H
MEZZ-SIZE/LOAD,TO-BE-DETERMINED-BY-FPI-08


UNICOR PART NO:MEZZPRKSP
MEZZ-SIZE/LOAD,TO-BE-DETERMINED-BY-FPI

CUSTOM QUOTE REQUIRED TO DETERMINE EXACT SIZE AND LOAD.
-
         Delivery date Day 09/07/2010
00006    MEZZPRKSP08                    744  each    239.00000       177,816.00  1019152751   10/08/2010
UPRIGHT,40"D X 26'H
MEZZ-SIZE/LOAD,TO-BE-DETERMINED-BY-FPI-08


UNICOR PART NO:MEZZPRKSP
MEZZ-SIZE/LOAD,TO-BE-DETERMINED-BY-FPI

CUSTOM QUOTE REQUIRED TO DETERMINE EXACT SIZE AND LOAD.
-
         Delivery date Day 10/08/2010
00007    MEZZPRKSP08                    634  each    239.00000       151,526.00  1019152751   11/05/2010
UPRIGHT,40"D X 26'H
MEZZ-SIZE/LOAD,TO-BE-DETERMINED-BY-FPI-08


UNICOR PART NO:MEZZPRKSP
MEZZ-SIZE/LOAD,TO-BE-DETERMINED-BY-FPI

CUSTOM QUOTE REQUIRED TO DETERMINE EXACT SIZE AND LOAD.
-
         Delivery date Day 11/05/2010
```

**Exhibit 4**

Case 5:10-bk-07862-RNO   Doc 90-7   Filed 10/27/10   Entered 10/27/10 15:19:18   Desc
Exhibit 4   Page 3 of 5

Purchase order

SECTION B
SUPPLIES OR SERVICES AND PRICES/COSTS

```
Item No.  SUPPLIES OR SERVICES      Quantity  U/M      UNIT PRICE      AMOUNT IN US$    PR Number    Del. Date
00008     MEZZPRKSP08                    541  each      239.00000         129,299.00    1019152751   12/08/2010
UPRIGHT,40"D X 26'H
MEZZ-SIZE/LOAD,TO-BE-DETERMINED-BY-FPI-08

UNICOR PART NO:MEZZPRKSP
MEZZ-SIZE/LOAD,TO-BE-DETERMINED-BY-FPI

CUSTOM QUOTE REQUIRED TO DETERMINE EXACT SIZE AND LOAD.
-
          Delivery date Day 12/08/2010

             Total net item val. excl. tax USD                            1,300,160.00
```

ORDER NUMBER: DJU4500386390           PAGE 4 OF 5

**Exhibit 4**

Purchase order

**Exhibit 4**
Case 5:10-bk-07862-RNO    Doc 90-7    Filed 10/27/10    Entered 10/27/10 15:19:18    Desc
Exhibit 4    Page 5 of 5