Federal Prison Industries
Post Office Box 1000
El Reno, Oklahoma 73036

From the Desk of

# KIRK KENNEDY

phone: 405/319-7668
fax: 405/319-7525



U
N
I
C
O
R

Tuesday, October 05, 2010

## FACSIMILE TRANSMITTAL SHEET

TO:     EXCEL STORAGE PRODUCTS        PHONE:   202/338-3598

ATTN:   PAUL MINICH                   FAX:     202/342-1523


## NOTICE OF DELINQUENT DELIVERY

## 4500390411

The above referenced Purchase Order is considered **DELINQUENT** due to incomplete delivery of the below listed line item(s). Please Fax an explanation **TODAY** of your delinquency and your anticipated date of deliv the order.

| LINE# | MATERIAL | QUANTITY |
|---|---|---|
| 1 | MEZZPRKSP05 | 1,494 |

Thank You,
KIRK KENNEDY

Federal Prison Industries
Post Office Box 1000
El Reno, Oklahoma 73036

From the Desk of

# KIRK KENNEDY

phone: 405/319-7668
fax: 405/319-7525



U
N
I
C
O
R

Tuesday, October 05, 2010

## FACSIMILE TRANSMITTAL SHEET

| TO: | EXCEL STORAGE PRODUCTS | PHONE: | 202/338-3598 |
| --- | --- | --- | --- |
| ATTN: | PAUL MINICH | FAX: | 202/342-1523 |

## NOTICE OF DELINQUENT DELIVERY

## 4500390410

The above referenced Purchase Order is considered **DELINQUENT** due to incomplete delivery of the below listed line item(s). Please Fax an explanation **TODAY** of your delinquency and your anticipated date of deliv the order.

| LINE# | MATERIAL | QUANTITY |
| --- | --- | --- |
| 1 | MEZZPRKSP06 | 8,976 |

Thank You,
KIRK KENNEDY

Federal Prison Industries
Post Office Box 1000
El Reno, Oklahoma 73036

From the Desk of

# KIRK KENNEDY

phone: 405/319-7668
fax: 405/319-7525



U
N
I
C
O
R

Tuesday, October 05, 2010

## FACSIMILE TRANSMITTAL SHEET

TO:     EXCEL STORAGE PRODUCTS     PHONE:     202/338-3598

ATTN:     PAUL MINICH     FAX:     202/342-1523

## NOTICE OF DELINQUENT DELIVERY

## 4500386390

The above referenced Purchase Order is considered **DELINQUENT** due to incomplete delivery of the below listed line item(s). Please Fax an explanation **TODAY** of your delinquency and your anticipated date of deliv the order.

| LINE# | MATERIAL | QUANTITY |
|---|---|---|
| 5 | MEZZPRKSP08 | 744 |

Thank You,
KIRK KENNEDY

Delinquent Delivery Notification     Page 1 of 1     ERMT-7420-6(Rev.---)
**Exhibit 5**
Case 5:10-bk-07862-RNO    Doc 90-8    Filed 10/27/10    Entered 10/27/10 15:19:18    Desc
Exhibit 5    Page 3 of 4

```
TRANSMISSION VERIFICATION REPORT

                                        TIME  : 10/05/2010 12:32
                                        NAME  : FPI PROC
                                        FAX   : 333744477776666222
                                        TEL   : 4052624574


DATE,TIME            10/05  12:32
FAX NO./NAME         92023421523
DURATION             00:00:45
PAGE(S)              03
RESULT               OK
MODE                 STANDARD
                     ECM
```

Federal Prison Industries
Post Office Box 1000
El Reno, Oklahoma 73036

From the Desk of

# KIRK KENNEDY

phone: 405/319-7668
fax: 405/319-7525



U
N
I
C
O
R

Tuesday, October 05, 2010

## FACSIMILE TRANSMITTAL SHEET

| TO:   | EXCEL STORAGE PRODUCTS | PHONE: | 202/338-3598 |
|-------|------------------------|--------|--------------|
| ATTN: | PAUL MINICH            | FAX:   | 202/342-1523 |

## NOTICE OF DELINQUENT DELIVERY

# 4500390411

The above referenced Purchase Order is considered **DELINQUENT** due to incomplete delivery of the below listed line item(s). Please Fax an explanation **TODAY** of your delinquency and your anticipated date of deliv the order.

| LINE# | MATERIAL | QUANTITY |
|-------|----------|----------|

Exhibit 5

Case 5:10-bk-07862-RNO    Doc 90-8    Filed 10/27/10    Entered 10/27/10 15:19:18    Desc
Exhibit 5    Page 4 of 4