# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re: **EXCEL STORAGE PRODUCTS, LP,**   :     **Chapter 7**
                 **Debtor**      :     **Case No. 5-10-07862-RNO**

## ORDER APPROVING APPOINTMENT OF AUCTIONEER

Upon consideration of the Trustee's Application:

IT IS ORDERED that WEST AUCTIONS, INC., is hereby appointed auctioneer in this matter for the purposes outlined in the Application for Appointment of Auctioneer for a sales commission of three (3%) percent of the gross sales proceeds from a bulk sale of assets, twelve (12%) percent of the gross sales proceeds from a piecemeal auction of assets and/or $150.00 per hour for services rendered in lieu of bulk sale or piecemeal auction of assets, plus reimbursement for pro-rata reasonable expenses of the sale.

*Execution of this Order approving employment is not a guarantee that payment will ultimately be approved in the full amount. Such compensation is dependent on the consideration of a final application for fees. *In re Engel,* 124 F.3D 567 (3ʳᵈ Cir. 1997).

By the Court,

_Robert N. Opel, II, Bankruptcy Judge_
(DG)

Dated: October 28, 2010

---

\* Execution of this Order approving employment is not a guarantee that payment will ultimately be approved in the full amount. Such compensation is dependent on the consideration of a final application for fees. In re Engel, 124 F.3d 567 (3rd Cir. 1997).

Case 5:10-bk-07862-RNO    Doc 91    Filed 10/28/10    Entered 10/28/10 13:18:06    Desc
Main Document    Page 1 of 1