# **BID SHEET**

**Bidder Name**:
**Address**:

**Telephone #**:

## Initial Bulk Bid for All:

    Allocate:
    1.    Lodi, California    $_____
    2.    East Stroudsburg, Pennsylvania    $_____
    3.    Brookings, South Dakota    $_____
    4.    Cadiz, Ohio    $_____

                **Total:**    $_____

## Initial Separate Location Bids:

    1.    Lodi, California    $_____
    2.    East Stroudsburg, Pennsylvania    $_____
    3.    Brookings, South Dakota    $_____
    4.    Cadiz, Ohio    $_____

_____(Signature)
Bidder Name
Representative of Bidder's Name

Confirmation
Wire No._____
Bidder #:_____