IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| EXCEL STORAGE PRODUCTS, L.P., | : | Case No. 5:10-bk-07862-RNO |
| Debtor. | : | |

| | | |
|---|---|---|
| THE HUNTINGTON NATIONAL BANK, successor by merger with Sky Bank, | : : : | |
| Movant, | : : | Nature of Proceeding: Motion to Continue Hearings |
| vs. | : : | |
| EXCEL STORAGE PRODUCTS, L.P. and WILLIAM SCHWAB, CHAPTER 7 TRUSTEE, | : : : : : | |
| Respondents. | : | |

## ORDER

     AND NOW, upon consideration of the Movant's Motion to Continue the Hearings scheduled for January 21, 2011 to January 26, 2011 at 1:30 p.m. with concurrence of Huntington National Bank, it is hereby ORDERED and DECREED that the Motion is GRANTED;

     IT IS FURTHER ORDERED that the hearings previously scheduled to be heard on January 21, 2011 on Huntington National Bank's Motion for Relief from Stay and Motion for Abandonment and the Trustee's Motion for 2004 Examination of Huntington National Bank are continued and final hearings on said motions shall be held on January 26, 2011 at 1:30 p.m. in Courtroom Number 2, Max Rosenn U.S. Courthouse, 197 South Main Street, Wilkes-Barre, Pennsylvania.

By the Court,

_____
Robert N. Opel, II, Bankruptcy Judge
(BI)

Dated: January 20, 2011